**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00124-CV

## IN RE RSR CORPORATION AND QUEMETCO METALS LIMITED, INC., Relators

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13797**

## ORDER

Before Justices Moseley, Francis, and Fillmore

Based on our opinion of today's date, we **DENY** relators' petition for writ of mandamus.

We **ORDER** that relators bear the costs of this original proceeding.


/s/  ROBERT M. FILLMORE
    JUSTICE